FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 23 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: gayle.helart@usdoj.gov
BRETT A. DAY
Arizona State Bar No. 027236
Email: brett.day@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Jay Dee Johns, Jr., <br><br> Defendant. | No. CR-20-00514-PHX-MTL (MHB) <br><br> **REDACTED INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 2252(a)(1), (b)(1), and 2256 <br> (Transportation of Child Pornography w/ prior qualifying Conviction) <br> Count 1 <br><br> 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256 <br> (Possession of Child Pornography w/ Prior Qualifying Conviction <br> Count 2 <br><br> 18 U.S.C. § 981 and 2253, <br> 21 U.S.C. § 853, and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 11, 2019, in the District of Arizona, and elsewhere, defendant JAY DEE JOHNS, JR., a person with a prior qualifying conviction, namely, Sexual Exploitation of a Minor, a Class 2 Felony, Maricopa County (Arizona) Superior Court, Case No. CR-

90-11365, on January 18, 1991, did knowingly transport a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depiction was transported to a social media platform. The visual depiction had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. The visual depiction was identified as "conversation_181483263_1560253645609.jpg."

In violation of Title 18, United States Code, Sections 2252(a)(1), (b)(1), and 2256.

## COUNT 2

On or about January 22, 2020, in the District of Arizona, and elsewhere, defendant JAY DEE JOHNS, JR., a person with a prior qualifying conviction, namely, Sexual Exploitation of a Minor, a Class 2 Felony, Maricopa County (Arizona) Superior Court, Case No. CR-90-11365, on January 18, 1991, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on the items listed below had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed on the items below:

| Item | File Name |
|---|---|
| Antec desktop computer | 256_2cc6f4d79fa4bf23.jpg |
| | 256_2f9070236fd03074.jpg |
| | 256_10002cef695a8156.jpg |
| | 256_9125790f07bd711.jpg |

|  | 256_baf242f5435489b4.jpg |
|  | 256_cfcb75059a32068a.jpg |
|  | 256_efcc7faf70dd26f6.jpg |
|  | HC6ceDB5Zb3_qsP0pd_JtA--_m.jpg |
|  | My_NTGQDgPjeazNVelMfyg--_m.jpg |
|  | stil_1387009636_1564172_14.png |
|  | stil_1387009636_1564172_15.png |
| Ostrog desktop computer | 256_4bdbb06c8f5510b9.jpg |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the desktop computers listed in Count 2 above, seized by law enforcement on January 20, 2020, containing visual depictions of minors engaging in sexually explicit conduct and child erotica and used to facilitate child pornography activities. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence,

(2)   has been transferred or sold to, or deposited with, a third party,

(3)   has been placed beyond the jurisdiction of the court,

(4)   has been substantially diminished in value, or

(5)   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date:  September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*

GAYLE L. HELART
BRETT A. DAY
Assistant U.S. Attorneys